Jonathan W. Dettmann, *pro hac vice*
Collette L. Adkins Giese, *pro hac vice*
Melina K. Williams, *pro hac vice*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:     (612) 766-7000
Fax:           (612) 766-1600
E-mail:        jdettmann@faegre.com
               cadkinsgiese@faegre.com
               mwilliams2@faegre.com

Peter M.K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR  97401
Telephone:     (541) 359-3238
Fax:           (541) 485-2457
Email:         frost@westernlaw.org

John L. Marshall, NV # 6733
570 Marsh Avenue
Reno, NV  89509
Telephone:     (775) 322-5668
Fax:           (775) 201-0193
Email:         johnmarshall@charter.net

*Attorneys for Plaintiff Wilderness Watch, Inc.*

Notice of Withdrawal of Counsel
2:09-cv-00302-KJD-GWF

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| WILDERNESS WATCH, INC., <br><br>Plaintiff, <br><br>v. <br><br>BUREAU OF LAND MANAGEMENT; RON WENKER, Acting Director of the Bureau of Land Management; ANGIE LARA, Acting Field Manager of the Las Vegas Field Office of the Bureau of Land Management; <br><br>Defendants. <br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, <br><br>Defendant-Intervenor. | Civil No. 2:09-CV-00302-KJD-GWF |

NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Collette L. Adkins Giese and Melina Williams of Faegre & Benson LLP are withdrawing as counsel for plaintiff.  Jonathan Dettmann of Faegre & Benson LLP will continue as counsel for plaintiff.  Peter Frost of Western Environmental Law Center and John Marshall will also continue as counsel for plaintiff.

| | |
|---|---|
| Dated: August 26, 2010 | s/ Collette L. Adkins Giese |
| | s/ Melina Williams |

Jonathan W. Dettmann, *pro hac vice*
Collette L. Adkins Giese, *pro hac vice*
Melina K. Williams, *pro hac vice*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:      (612) 766-7000
Fax:                  (612) 766-1600
E-mail:             jdettmann@faegre.com
                         cadkinsgiese@faegre.com
                         mwilliams2@faegre.com

Peter M.K. Frost, *pro hac vice*
WESTERN ENVIRONMENTAL LAW CENTER
1216 Lincoln Street
Eugene, OR  97401
Telephone:      (541) 359-3238
Fax:                  (541) 485-2457
Email:              frost@westernlaw.org

John L. Marshall, NV # 6733
570 Marsh Avenue
Reno, NV  89509
Telephone:      (775) 322-5668
Fax:                  (775) 201-0193
Email:              johnmarshall@charter.net

*Attorneys for Plaintiff Wilderness Watch, Inc.*

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.
United States Magistrate Judge**

**Dated:    August 27, 2010**